YETTA ROSENBERG et al., Respondents, *v.* CITY OF NEW YORK, Appellant, Impleaded with Another.

Argued April 19, 1939; decided May 31, 1939.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for appellant. *Isidor Enselman* and *Gustave G. Rosenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and FINCH, JJ.